Looks to me like we only have one party who is appearing today. We have ten minutes aside. Appearing, maybe I could... Mike, who is my law clerk, Mr. Manning, would you go out in the hall and call around to see if we can find Espinosa out there someplace? We ought to at least give them a chance. Maybe what we'll do, counsel, we'll just make some inquiry to make sure they're not here. That would be good for our record. And then we can go forward. Maybe we ought to take up another case, and then we'll come back to you. Would that be okay? That's fine. All right. We will then call case 06-55219, 06-55285, and 06-56761. Sandra Brands v. First Transit, Inc. While we're waiting to see if the other counsel appears.
judges: Fletcher, Smith, King